**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **MS. SUSAN K. LINDSLEY, et al.,** | **CASE NO: 5:20-cv-00663** |
| Plaintiffs, | **JUDGE SARA LIOI** |
| v. | **(Magistrate Judge Kathleen B. Burke)** |
| **SPRINGFIELD TOWNSHIP, et al.,** | |
| Defendants. | |

| | |
|---|---|
| **RICHARD T. COOK, et al.,** | **CASE NO. 5:20-cv-665** |
| Plaintiffs, | **JUDGE SARA LIOI** |
| v. | **(Magistrate George J. Limbert)** |
| **SPRINGFIELD TOWNSHIP, et al.,** | **NOTICE OF SERVICE OF RULE 26(a) INITIAL DISCLOSURES OF DEFENDANT CHIEF KENNETH RAY** |
| Defendants. | |

Now comes defendant Chief Kenneth Ray, by and through counsel, and hereby gives this Court notice that on the 12th day of June, 2020, he served his Civil Rule 26(a) Initial Disclosures upon all parties.

Respectfully submitted,

*/s/ Mel L. Lute, Jr.*
Mel L. Lute, Jr. (0046752)
Andrea K. Ziarko (0073755)
BAKER, DUBLIKAR, BECK,
WILEY & MATHEWS
400 South Main Street
North Canton, Ohio 44720

Phone: 330-499-6000
Fax:    330-499-6423
e-mail: lute@bakerfirm.com
        andreaz@bakerfirm.com
Counsel for Defendant, Chief Kenneth Ray

**PROOF OF SERVICE**

I hereby certify that on the 15th day of June, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mel L. Lute, Jr.*
Mel L. Lute, Jr. (0046752)
Andrea K. Ziarko (0073755)
Counsel for Defendant, Chief Kenneth Ray