IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN K. LINDSLEY, *et al.*, | ) | Case No. 5:20-CV-00663 |
| | ) | |
| Plaintiffs, | ) | JUDGE:     SARA LIOI |
| | ) | |
| | ) | MAGISTRATE JUDGE: |
| | ) | KATHLEEN B. BURKE |
| vs. | ) | |
| | ) | <u>Notice Regarding the Representation of</u> |
| | ) | <u>Plaintiff Susan K. Lindsley's</u> |
| | ) | <u>Minor Children,, G.M. and R.M.</u> |
| SPRINGFIELD TOWNSHIP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Plaintiff, Susan K. Lindsley, by and through counsel, and does hereby respectfully address this Honorable Court's November 17, 2020 Order (ECF # 27) regarding the representation of Plaintiff Susan Lindsley's two minor children, G.M. and R.M.

Attorney Paul Kelley was originally listed as co-counsel for Plaintiff Lindsley's minor children. Mr. Kelley was not admitted to practice in the Northern District of Ohio and was therefore ordered to either get admitted to the Northern District or to file a Motion for pro hac vice (See, ECF #27). Mr. Kelley has not been admitted to the Northern District and has not filed a pro hac vice motion. Therefore, undersigned counsel will continue in his representation of Plaintiff Susan K. Lindsley's minor children, G.M. and R.M. All notices, pleadings and correspondence regarding minor Plaintiffs G.M. and R.M. should be directed to undersigned counsel.

Respectfully submitted,

/s/ *Paul J. Cristallo*
PAUL J. CRISTALLO (0061820)
The Law Office of Paul J. Cristallo
The Brownhoist Building
4403 St. Clair Avenue
Cleveland, OH  44103
T:	440.478.5262
F:	216.881.3928
E-Mail:	paul@cristallolaw.com
Counsel for Plaintiffs Susan K. Lindsley
and Minors G.M. and R.M..

## CERTIFICATE OF SERVICE

I certify that on this 30th day of November, 2020 the foregoing Notice Regarding the Representation of Plaintiff Susan K. Lindsley's Minor Children, G.M. and R.M. was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/  Paul J. Cristallo*            .
PAUL J. CRISTALLO (0061820)
Counsel for Plaintiffs Susan K. Lindsley and
Minors G.M and R.M.

2