IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN K. LINDSLEY, *et al.*, | ) | Case No. 5:20-CV-00663 |
| | ) | |
| Plaintiffs, | ) | JUDGE:     SARA LIOI |
| | ) | |
| | ) | MAGISTRATE JUDGE: |
| | ) | KATHLEEN B. BURKE |
| vs. | ) | |
| | ) | Plaintiffs' Unopposed Motion for a |
| | ) | Thirty (30) Day Extension of the Fact |
| | ) | Discovery Deadline Only. |
| SPRINGFIELD TOWNSHIP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs, Susan K. Lindsley, Minors G.M. and R.M., Richard T. Cook, Middlebury Banc, Inc., TMK King Inc., Whole-Sale Bedding, Inc., by and through their respective counsel, move this Honorable Court for a thirty (30) day extension of the March 3, 2021 fact discovery deadline such that the new fact discovery deadline would be April 2, 2021.

Plaintiffs submit that the parties continue to engage in the completion of written discovery. Depositions have also taken place over the past few weeks. However, due to weather and scheduling issues, additional time is needed to complete discovery.

More specifically, Defendant Jamie Mizer's deposition was originally scheduled to take place on January 29, 2021. At the time Ms. Mizer's deposition was scheduled, the parties agreed to keep February 25 and 26 reserved for additional follow-up depositions and/or back-up dates. By agreement of the parties, Ms. Mizer's deposition was rescheduled to February 15, 2021.

On February 14, 2021 Ms. Mizer's deposition was again continued due to concerns regarding the winter weather advisory and Ms. Mizer and her counsel's need to travel to Cleveland for her deposition. At the time Ms. Mizer's deposition was cancelled and rescheduled to February 26, 2021, undersigned counsel raised the issue of the need for follow-up depositions after Ms. Mizer's deposition and the fact that the fact discovery deadline was March 3, 2021. As such, and due to the fact that Ms. Mizer's deposition had been rescheduled to a follow-up date close to the fact discovery deadline, the parties consented to a thirty (30) day extension of the fact discovery deadline only. The parties are not seeking an extension of other litigation dates.

Ms. Mizer's deposition was commenced as scheduled on February 26, 2021. However, Ms. Mizer had to leave the deposition to address a child-care issue before Plaintiffs' counsel had an opportunity to conclude her deposition. The parties agreed to schedule the completion of Ms. Mizer's deposition on March 10, 2021. The parties also agreed to other follow-up deposition dates within this thirty (30) day period.

Accordingly, and based on the need to complete Ms. Mizer's deposition as well as conduct follow-up depositions, Plaintiffs' move this Honorable Court for an extension of the fact discovery deadline from March 3, 2021 to April 2, 2021. The Defendants' counsel do not object to this extension.

        Respectfully submitted,

        /s/ *Paul J. Cristallo*
        PAUL J. CRISTALLO (0061820)
        The Law Office of Paul J. Cristallo
        The Brownhoist Building
        4403 St. Clair Avenue
        Cleveland, OH  44103
        T:        440.478.5262
        F:        216.881.3928
        E-Mail:    paul@cristallolaw.com
        Counsel for Plaintiffs Susan K. Lindsley
        and Minors G.M. and R.M..

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of March, 2021 the foregoing Plaintiffs' Unopposed Motion for a Thirty (30) Day Extension of the Fact Discovery Deadline was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/  Paul J. Cristallo
        PAUL J. CRISTALLO (0061820)
        Counsel for Plaintiffs Susan K. Lindsley and
        Minors G.M and R.M.