IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN LINDSLEY, et al., | ) | CASE NO. 5:20-CV-00663 |
| | ) | |
| | ) | JUDGE SARA E. LIOI |
| | ) | |
| Plaintiffs, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| | ) | |
| | ) | **NOTICE OF RECOMMENCING** |
| | ) | **DEPOSITION OF DEFENDANT** |
| | ) | **JAMIE MIZER** |
| vs. | ) | |
| | ) | |
| | ) | |
| SPRINGFIELD TOWNSHIP., *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Please take notice that on **March 10, 2021 at 10:00 a.m.,** Plaintiff Susan Lindsley will recommence taking the deposition of Defendant Jamie Mizer in the above captioned matter.  Ms. Mizer's deposition was commenced on February 26, 2021 but was adjourned by agreement of the parties to accommodate Ms. Mizer's schedule.  Ms. Mizer's deposition will be taken by oral examination, pursuant to the provisions of the Federal Rules of Civil Procedure, before the court reporting firm of Legal Electronic Reporting, via stenographic and video recording means, to be conducted via Zoom, and by notaries public, or before some other officer authorized by law to administer oaths. Ms. Mizer's deposition was originally noticed for February 15, 2021 but that deposition

was continued to February 26, 2021 due to weather/travel concerns raised by Ms. Mizer and her counsel.

The above deposition will be taken at **Reminger Co., L.P.A., 101 W. Prospect Ave., Suite 1400, Cleveland, OH 44115** and the examination will continue from day-to-day until completed.   Counsel for the Defendants is further advised that in accordance with Federal Civil Rules 30(B)(1) and 37(d), no subpoena is required to be served upon the Defendant for attendance at the deposition scheduled herein and that pursuant to the provisions of Federal Civil Rule 5(b), notice to counsel of this deposition constitutes notice to the Defendants.

Respectfully submitted,


 /s/ *Paul J. Cristallo*
PAUL J. CRISTALLO (0061820)
The Law Office of Paul J. Cristallo
The Brownhoist Building
4403 St. Clair Avenue
Cleveland, OH  44103
T:            440.478.5262
F:            216.881.3928
E-Mail:      paul@cristallolaw.com

2

## CERTIFICATE OF SERVICE

I certify that on this March 9, 2021 the foregoing Notice of Recommencing the Deposition of Defendant Jamie Mizer was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/  Paul J. Cristallo            .
PAUL J. CRISTALLO (0061820)
Counsel for Plaintiffs Susan Lindsley, G.M.
and R.M., minors.