UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVION

| | | |
|---|---|---|
| SUSAN K. LINDSLEY, et al. | ) | CASE NO. 5:20-cv-00663 |
| | ) | CASE NO. 5:20-cv-00665 |
| Plaintiffs, | ) | |
| | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | **DEFENDANTS' JOINT BRIEF IN** |
| SPRINGFIELD TOWNSHIP, et al. | ) | **OPPOSITION TO PLAINTIFF'S MOTION** |
| | ) | **FOR EXTENSION OF DISCOVERY AND** |
| Defendants. | ) | **DISPOSITIVE MOTION DEADLINES.** |
| | ) | |

Now come Defendants, Richard Justice, Village of Lakemore, Kenneth Ray, and Springfield Township, hereinafter Defendants, and respectfully oppose Plaintiff's motion for an extension of discovery and dispositive motion deadlines.

Plaintiffs Richard T. Cook, Middlebury Banc Inc., TMK King Inc., and Whole-Sale Bedding Inc. originally filed their claims against Defendant in Summit County Court of Common Pleas on March 19, 2018. After a year of discovery, Plaintiffs filed a notice of voluntary dismissal on March 4, 2019.

Subsequently, on March 3, 2020, Plaintiffs re-filed their claims in Summit County Court of Common Pleas. Defendants removed the case to this Court on March 30, 2020. The Parties have exchanged extensive paper discovery and conducted numerous and depositions. Specifically, the parties have secured the deposition testimony of Plaintiff Richard Cook, Plaintiff Susan Lindsley, Defendant Jamie Mizer, Defendant Kenneth Ray, Defendant Richard Justice, and a representative from the Village of Lakmore.

Previously, and on January 19, this Court held a status conference in this claim at which the parties collectively agreed to extend the discovery deadlines.

Plaintiffs have not certified any discovery dispute.  Rather, they waited until the date of the discovery deadline to request more time without any consultation with these defendants.  Defendants now oppose Plaintiff's request for a further extension.

Defendants respectfully request that the Court deny Plaintiff's motion for extension of discovery and dispositive motion deadlines so that the current schedule remains.

        Respectfully submitted,

        */s/Anne M. Markowski*
Kenneth A. Calderone, Esq. (0046860)
Anne M. Markowski, Esq. (0069705)
HANNA CAMPBELL & POWELL LLP
3737 Embassy Parkway/Suite 100
Akron OH 44333
P: 330.670.7324/F: 330.670.7440
P: 330.670.7601/F: 330.670.7456
kcalderone@hcplaw.net
amarkowski@hcplaw.net

Attorneys for Defendants,
Village of Lakemore and Richard Justice

*Per email consent 4/6/21*    Attorney for Defendant, Chief of Police
Mel L. Lute, Jr. (0046752)    Kenneth Ray
BAKER DUBLIKAR BECK
WILEY & MATHEWS
400 South Main Street
North Canton OH 44720
lute@bakerfirm.com

*Per email consent 4/6/21*    Attorney for Defendants, Springfield Township
Jeffrey T. Kay, Esq.    and John Does 1-10
100 Franklin's Row
34305 Solon Road
Cleveland OH 44139
jkay@mrrlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing, *Defendants, Richard Justice and Village of Lakemore's Brief in Opposition to Plaintiff's Motion for Extension of Discovery and Dispositive Motion Deadlines* has been served by electronic mail, this 6th day of April, 2021, upon:

| | |
|---|---|
| Paul J. Cristallo, Esq.<br>paul@cristallolaw.com | Attorneys for Plaintiffs,<br>Susan K. Lindsey, R.M. a minor child and<br>G.M., a minor child |
| Warner Mendenhall,<br>Brian Unger<br>warner@warnermendenhall.com<br>brian@warnermendenhall.com | Attorneys for Plaintiffs, Richard T. Cook,<br>T-M-K King, Inc., Whole-Sale Bedding,<br>Inc., and Middlebury Bank, Inc. |
| Thomas N. Spyker, Esq.<br>tspyker@reminger.com | Attorney for Defendant,<br>Jamie L. Mizer |

                                                                          */s/Anne M. Markowski*

Lindsley/Springfield Township/1161466 (268-149)