UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN K. LINDSLEY, et al., | ) | CASE NO.:  5:20-CV-663 |
| | ) | |
| Plaintiffs, | ) | JUDGE:  SARA LIOI |
| vs. | ) | Magistrate Judge Kathleen B. Burke |
| | ) | |
| SPRINGFIELD TOWNSHIP, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT
STIPULATED DISMISSAL WITH PREJUDICE**

Now come the parties, by and through undersigned counsel, and respectfully request an additional 75 days to submit their stipulated dismissal with prejudice. As grounds for this request, the parties assert as follows:

The claims resolved involve those asserted by Plaintiffs R.M. and G.M. – minors. Since the reached settlement it has been determined that the resolved minor claims need probate court approval. Upon consultation with the Summit County Probate Court, the parties have been advised that, upon filing the Application to Settle a Minor's Claim with it, execution of the final Judgement Entry approving the minor settlement may take approximately eight (8) weeks.

Accordingly, based on the anticipated time for probate court approval of the portion of the settlement involving minors, the parties respectfully request an additional 75 days to submit their stipulated dismissal with prejudice.

| | |
|---|---|
| */s/Paul J. Cristallo (per consent)*<br>PAUL J. CRISTALLO (0061820)<br>The Law Office of Paul J. Cristallo<br>The Brownhoist Building<br>4403 St. Clair Avenue<br>Cleveland, Ohio 44103<br>(440) 478-5262<br>(216) 881-3928 – Fax<br>paul@cristallolaw.com<br><br>Counsel for Plaintiffs Susan K. Lindsley,<br>R.M. a minor child and G.M. a minor child | */s/Jeffrey T. Kay*<br>JEFFREY T. KAY (0069371)<br>MARY BETH KLEMENCIC (0081283)<br>RYAN J. BOCKMULLER (0098859)<br>Mazanec, Raskin & Ryder Co., L.P.A.<br>100 Franklin's Row<br>34305 Solon Road<br>Cleveland, OH 44139<br>(440) 248-7906<br>(440) 248-8861 – Fax<br>jkay@mrrlaw.com<br>mklemencic@mrrlaw.com<br>rbockmuller@mrrlaw.com<br><br>Counsel for Defendants Springfield Township<br><br>*/s/Mel L. Lute, Jr. (per consent)*<br>MEL L. LUTE, JR. (0046752)<br>ANDREA K. ZIARKO (0073755)<br>Baker Dublikar Beck Wiley & Mathews<br>400 South Main Street<br>North Canton, OH  44720<br>(330) 499-6000<br>(330) 330-499-6423 – Fax<br>lute@bakerfirm.com<br>andreaz@bakerfirm.com<br><br>Counsel for Defendant Chief Kenneth Ray<br><br>*/s/Anne M. Markowski (per consent)*<br>ANNE M. MARKOWSKI (0069705)<br>KENNETH A. CALDERONE (0046860)<br>Hanna Campbell & Powell, LLP<br>3737 Embassy Parkway, Suite 100<br>Akron, OH 44333<br>(330) 670-7324 / F: (330) 670-7440<br>(330) 670-7601 / F: (330) 670-7456<br>amarkowski@hcplaw.net<br>kcalderone@hcplaw.net<br><br>Counsel for Defendants Village of Lakemore<br>And Richard Justice |

/s/Thomas N. Spyker (per consent)
THOMAS N. SPYKER (0098075)
PATRICK KASSON (0055570)
Reminger Co., L.P.A.
200 South Civil Center Drive, Suite 800
Columbus, OH  43215
 (440) 248-7906
(440) 248-8861 – Fax
Email:   tspyker@reminger.com
            pkasson@reminger.com

Counsel for Defendant Jamie L. Mizer

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, a copy of the foregoing Joint Motion for Extension of Time to Submit Stipulated Dismissal with Prejudice was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/Jeffrey T. Kay
JEFFREY T. KAY (0069371)

Counsel for Defendant Springfield Township

3